UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAN McLAUGHLIN, et al, | ) |
| | ) No. CV-07-0260-JLQ |
| Plaintiffs, | ) |
| | ) ORDER OF REMAND TO |
| vs. | ) SPOKANE COUNTY SUPERIOR |
| | ) COURT AND ORDER CLOSING |
| COUNTRYWIDE HOME LOANS, et al, | ) FILE |
| | ) |
| Defendants. | ) |

    The matter was originally filed in Spokane County Superior Court under cause number 0-7203221-0 and thereafter removed to this court based upon diversity of citizenship. The parties have now stipulated (C.R. 18) that the matter be remanded to state court by reason of lack of diversity.

    Based upon the foregoing, IT IS HEREBY ORDERED that this action is hereby remanded to Spokane County Superior Court and the file in this court be closed.

    The Clerk of this court shall enter this Order, forward copies to counsel and the Clerk of the Spokane County Superior Court., and then close this file.

    **DATED** this 1st day of February 2008.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1